UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Attorney: WILLIAM CAFARO, ESQ. - 1850

| | |
|---|---|
| MICHAEL A CORTES INDIVIDUALLY AND ON BEHALF OF ALL OTHER PAST AND PRESENT SIMILARLY SITUATED EMPLOYEES<br><br>Plaintiff(s)<br><br>- against -<br><br>ASTORIA NY HOLDINGS LLC D/B/A U-SAVE CAR & TRUCK RENTAL LGA ET AL<br><br>Defendant(s) | Index #: CV 11-3062<br><br>Date Filed:<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CECIL HOLLOWAY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 8, 2011 at 12:55 PM at

84-15 ASTORIA BLVD
EAST ELMHURST, NY11370

deponent served the within true copy of the SUMMONS & COMPLAINT on ASTORIA NY HOLDINGS LLC D/B/A U-SAVE CAR & TRUCK RENTAL LGA, the defendant/respondent therein named,

**LIMITED LIABILITY COMPANY**  by delivering thereat a true copy of each to JOHN SMITH, REFUSED TRUE NAME personally, deponent knew said limited liability company so served to be the limited liability company described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be MANAGING AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 36 | 5'8 | 220 |
| GLASSES | | | | | |

Sworn to me on: July 8, 2011

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2014

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2013

GOTHAM PROCESS INC.
299 Broadway
New York NY 10007

CECIL HOLLOWAY
License #: 1104105
Docket #: 764538