## Fair Labor Standards Act Consent

I consent to be a party plaintiff in a lawsuit against ASTORIA NY HOLDINGS LLC d/b/a U – SAVE CAR & TRUCK RENTAL LGA, ASTORIA NY MOTORS LLC d/b/a U – SAVE CAR & TRUCK RENTAL LGA, SF-JFK HOLDINGS, LLC d/b/a U – SAVE CAR & TRUCK RENTAL JFK and/or related entities and individuals in order to seek redress for violations of Fair Labor Standards Act, pursuant 29U.S.C. §216 (b). I hereby designate the Law offices of William Cafaro to represent me in such lawsuit.

_[signature]_
Signature

_Levone Sonnee-Myricks_
Full Name

Address: █████████████████████████

City: █████████ State: █████ Zip Code: █████████