<u>Fair Labor Standards Act Consent</u>

I consent to be a party plaintiff in a lawsuit against ASTORIA NY HOLDINGS LLC d/b/a U – SAVE CAR & TRUCK RENTAL LGA, ASTORIA NY MOTORS LLC d/b/a U – SAVE CAR & TRUCK RENTAL LGA, SF-JFK HOLDINGS, LLC d/b/a U – SAVE CAR & TRUCK RENTAL JFK and/or related entities and individuals in order to seek redress for violations of Fair Labor Standards Act, pursuant 29 U.S.C. §216 (b). I hereby designate the Law offices of William Cafaro to represent me in such lawsuit.

*Rosa M. Crespo*
Signature

*Rosa M. Crespo*
Full Name

Address:_____

City:_____ State:_____ Zip Code:_____