# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | January 6, 2012 |
| **TIME:** | 4:00 p.m. |
| **DOCKET NUMBER:** | CV-10-3062 (SJ) |
| **NAME OF CASE:** | CORTES V. ASTORIA NY HOLDINGS LLC ET AL |
| **FOR PLAINTIFF(S):** | Cafaro |
| **FOR DEFENDANT(S):** | Tripp |
| **NEXT CONFERENCE:** | APRIL 11, 2012 AT 10:00 A.M., IN-PERSON (see <u>RULINGS</u> below) |

**RULINGS FROM TELEPHONE CONFERENCE:**

Plaintiff will file a revised 216(b) notice by January 9. Defendants will provide names and addresses of relevant employees by January 16. Assuming the revised notice is approved, and that as represented by defendants there are fewer than 100 relevant employees, the notice will be mailed no later than January 23. Defendants shall, to the extent they have them, collect the telephone numbers of the relevant employees. If a notice mailed to an employee is returned as undeliverable, defendant shall promptly provide the telephone number for that employee to plaintiff's counsel.

 **NEXT CONFERENCE:  APRIL 11, 2012 AT 10:00 A.M.**