**jackson|lewis**
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis LLP | ALBANY, NY | DETROIT, MI | MINNEAPOLIS, MN | PORTSMOUTH, NH |
| 58 South Service Road | ALBUQUERQUE, NM | GREENVILLE, SC | MORRISTOWN, NJ | PROVIDENCE, RI |
| Suite 410 | ATLANTA, GA | HARTFORD, CT | NEW ORLEANS, LA | RALEIGH-DURHAM, NC |
| Melville, New York 11747 | AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | RICHMOND, VA |
| Tel 631 247-0404 | BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SACRAMENTO, CA |
| Fax 631 247-0417 | BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAINT LOUIS, MO |
| www.jacksonlewis.com | BOSTON, MA | LAS VEGAS, NV | ORANGE COUNTY, CA | SAN DIEGO, CA |
| | CHICAGO, IL | LONG ISLAND, NY | ORLANDO, FL | SAN FRANCISCO, CA |
| | CINCINNATI, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SEATTLE, WA |
| | CLEVELAND, OH | MEMPHIS, TN | PHOENIX, AZ | STAMFORD, CT |
| | DALLAS, TX | MIAMI, FL | PITTSBURGH, PA | WASHINGTON, DC REGION |
| | DENVER, CO | MILWAUKEE, WI | PORTLAND, OR | WHITE PLAINS, NY |

DIRECT DIAL: (631) 247-4661
EMAIL ADDRESS: TRIPPN@JACKSONLEWIS.COM

September 27, 2012

**VIA FEDERAL EXPRESS**

William Cafaro, Esq.
Law Offices of William Cafaro
Attorneys for Plaintiffs
19 West 44th Street, Ste. 1500
New York, New York 10036

Re: *Cortes v. Astoria NY Holdings, et al.*
<u>Case No. 11 CV 3062 (MKB)(SMG)</u>

Dear Mr. Cafaro:

As you are aware, we represent Defendants Astoria NY Holdings LLC d/b/a U – Save Car & Truck Rental LGA, Astoria NY Motors LLC d/b/a U – Save Car & Truck Rental LGA, SF-JFK Holdings, LLC d/b/a U – Save Car & Truck Rental JFK, Aryeh Einhorn a/k/a Ari Einhorn, Joshua Einhorn and Daniel Baratau (collectively "Defendants") in the above-referenced action.

Enclosed herein please find a copy of Jackson Lewis LLP's Motion to Withdraw as Counsel comprised of: (1) Notice of Motion to Withdraw as Counsel; and (2) Affirmation of Noel P. Tripp, Esq. in Support of Motion to Withdraw as Counsel for Defendants. A copy of this motion has been provided to our clients.

Respectfully submitted,

JACKSON LEWIS LLP

*Noel Tripp/RB*

Noel P. Tripp

NPT:dc
Enclosures

cc: Hon. Margo K. Brodie (via ECF w/o Enc.)
Hon. Steven M. Gold (via ECF w/o Enc.)