# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | November 26, 2012 |
| **TIME:** | 12:00 P.M. |
| **DOCKET NUMBER:** | CV-11-3062 (MKB) |
| **NAME OF CASE:** | CORTES V. ASTORIA NY HOLDINGS LLC ET AL |
| **FOR PLAINTIFF(S):** | Cafaro |
| **FOR DEFENDANT(S):** | Schick (who intends to appear but has not yet filed a notice of appearance) Einhorn, pro se |
| **NEXT CONFERENCE:** | MARCH 29, 2013 AT 10:30 A.M., IN-PERSON  (See rulings below) |

**RULINGS FROM SETTLEMENT CONFERENCE:**

Mr. Schick will file a notice of appearance by the close of business on November 27, 2012.

Plaintiff may seek entry of default with respect to any defendant (other than Mr. Einhorn, who did appear today) for whom Mr. Schick does not enter an appearance by then.

Defendants will answer the amended complaint by December 10, and serve demands for discovery by December 24. Counsel are directed to confer and submit a proposed deposition schedule, identifying the specific dates and locations for each anticipated deposition, by January 4, 2013.  The schedule shall call for completion of depositions by March 15, 2013.

**NEXT CONFERENCE:  MARCH 29, 2013 AT 10:30 A.M.**  The parties shall be prepared to state their respective positions on settlement, with principals with full settlement authority (up to the amount last demanded for defendants, down to the amount last offered for plaintiffs) present or available by telephone, to articulate the basis for any anticipated summary judgment motions, and to state whether they will agree to assignment of this case to a magistrate judge for all purposes, including jury trial and entry of final judgment.  Counsel are encouraged to contact my chambers to schedule a settlement conference on an earlier date if they believe it might be productive to do so, AND SHALL SPECIFICALLY ADDRESS WHETHER THEY SEEK A SETTLEMENT CONFERENCE IN THEIR JOINT LETTER OF JANUARY 4, 2013.

**(FTR 12:04-12:16**)