UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
MICHAEL A. CORTES, LEVONE SONNEE-MYRICK,     Case No. 11-CIV-3062
SCHILLER CASIMIR, ZOILO MARTINEZ, ROSA             (MKB)(SMG)
CRESPO, TAREAH PRICE, JAYLIND DICKENS,
ANTONIO MUNIZ, JUAN M. TORRES, WILLIAM
LEVON SMITH, WILLIAM SLAUGHTER, Jr., EDWIN
BREDY, CHRISTOPHER J. CRUZ, STEVEN LOPEZ,
JOAQUIN A. RODIGRUEZ, DANIEL M. CESPEDES,
GARY N. CANDELARIO, WARFA ISSE, KRYSTAL N.
WOODLEY and AKEEM GANEE
Individually and on Behalf of All Other Past and Present
Similarly Situated Employees,                                DISMISSAL WITHOUT
                                                                                  PREJUDICE AS AGAINST
                                   Plaintiffs,                                   SF-JFK HOLDINGS LLC
                                                                                  ONLY

      -against-


ASTORIA NY HOLDINGS LLC d/b/a U – SAVE
CAR & TRUCK RENTAL LGA, ASTORIA NY
MOTORS LLC d/b/a U – SAVE CAR & TRUCK
RENTAL LGA, SF-JFK HOLDINGS, LLC d/b/a
U – SAVE CAR & TRUCK RENTAL JFK, ARYEH
EINHORN a/k/a ARI EINHORN, JOSHUA EINHORN
and DANIEL BARATAU
                                         Defendants.
-----------------------------------------------------------------------X

        The Defendant SF-JFK Holdings LLC having answered the Second Amended Complaint by counsel, and defense counsel having since been permitted to withdraw by order Magistrate Judge Steven M. Gold, and said Defendant having been served with the Third Amended Complaint but having interposed no answer or motion to dismiss within the time permitted to do so by law, but the said Defendant having furnished sufficient documentary evidence and an affidavit establishing that it was not an employer within the purview of 29 USC §§ 201 et seq. or the New York Labor Law, Plaintiff requests that this Court "So Order" this Dismissal Without Prejudice as to said Defendant only pursuant to FED. R. CIV. P. Rule 41(a)(2).

Dated: New York
      May 13, 2013

By: _____
William Cafaro (WC2730)
LAW OFFICES OF WILLIAM CAFARO
Attorneys for Plaintiffs
108 West 39th Street, Suite 602
New York, NY 10018
Attorneys for Plaintiffs

SO ORDERED THIS _____
DAY OF _____, 2013.


_____
Hon. Margo K. Brodie U. S. D. J.