

# LAW OFFICES OF WILLIAM CAFARO

www.cafaroverdicts.com

*William Cafaro, Esq.*
ADMITTED IN NY, CA, MD & TX

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583-7401
Email: bcafaro@cafaroesq.com

August 13, 2013

**Via ECF**
Steven M. Gold, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 13-D
Brooklyn, NY 11201

Re:  Michael A. Cortes v. Astoria NY Holdings LLC, et al.
    Case No. 11-CV-3062 (SJ) (SMG)

Your Honor:

The parties jointly request that the conference scheduled for August 19, 2013 at 11:00AM be held via telephone. This letter is pursuant to your Honor's Civil Minute Entry dated June 27, 2013.

Respectfully submitted,
LAW OFFICES OF WILLIAM CAFARO

_____
William Cafaro (WC2730)
Attorney for Plaintiffs

cc: Joseph J. Haspel, Esq.