# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | September 17, 2013 |
| **TIME:** | 12:00 P.M. |
| **DOCKET NUMBER:** | CV-11-3062 (MKB) |
| **NAME OF CASE:** | CORTES V. ASTORIA NY HOLDINGS LLC ET AL |
| **FOR PLAINTIFF(S):** | Cafaro with 12 plaintiffs present |
| **FOR DEFENDANT(S):** | Haspel with Einhorn present |
| **NEXT CONFERENCE(S):** | (See Rulings Below) |

**RULINGS FROM SETTLEMENT CONFERENCE:**

A settlement agreement, subject to receipt of certain documentation from defendants, was reached. A stipulation discontinuing the action, without prejudice to the filing of a motion to reopen or for other relief no later than 60 days after the final payment under the settlement agreement is due, will be filed by October 1.