UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL A. CORTES, LEVONE SONNEE-MYRICK, SCHILLER CASIMIR, ZOILO MARTINEZ, ROSA CRESPO, JAYLIND DICKENS, ANTONIO MUNIZ, WILLIAM LEVON SMITH, WILLIAM SLAUGHTER, Jr., EDWIN BREDY, CHRISTOPHER J. CRUZ, STEVEN LOPEZ, DANIEL M. CESPEDES, GARY N. CANDELARIO, WARFA ISSE and KRYSTAL N. WOODLEY , <br><br>           Plaintiffs, <br><br> ASTORIA NY HOLDINGS LLC d/b/a U – SAVE CAR & TRUCK RENTAL LGA, ASTORIA NY MOTORS LLC d/b/a U – SAVE CAR & TRUCK RENTAL LGA, SF-JFK HOLDINGS, LLC d/b/a U – SAVE CAR & TRUCK RENTAL JFK, ARYEH EINHORN a/k/a ARI EINHORN, JOSHUA EINHORN and DANIEL BARATAU <br><br>           Defendants. | Case No. 11-C$_{IV}$-3062 (MKB)(SMG) <br><br><br><br> **VOLUNTARY DISMISSAL AND ORDER** |

  IT IS HEREBY STIPULATED AND AGREED, by and between the following opt-in Plaintiffs: Michael A. Cortes, Levone Sonnee-Myricks, Schiller Casimir, Zoilo Martinez, Rosa Crespo, Jaylind Dickens, Antonio Muniz, William Levon Smith, William Slaughter, Jr., Edwin Bredy, Christopher J. Cruz, Steven Lopez, Daniel M. Cespedes, Gary N. Candelario, N. Woodley Krystal and all the Defendants, through the undersigned counsel, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be and hereby is dismissed with prejudice and without costs or attorneys' fees, with each party to bear its own fees and costs

  IT IS FURTHER STIPULATED AND AGREED, by and between the following opt-in Plaintiffs: Tareah Price, Juan M. Torres, Joaquin A. Rodriguez, Warfa Isse, Akeem Ganee, and all the Defendants, through the undersigned counsel, that, in accordance with Rule 41 of the

Federal Rules of Civil Procedure, the action be and hereby is dismissed without prejudice and without costs or attorneys' fees, with each party to bear its own fees and costs

The Court retains jurisdiction over the settlement agreement resolving this action.

Dated: November_1_, 2013

| **Law Offices of William Cafaro** | **Joseph J. Haspel, PLLC** |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| By:_____/s/_____ | By:_____/s/_____ |
| William Cafaro, Esq. (WC-2370) | Joseph J. Haspel, Esq. |
| 108 West 39th Street, Suite 602 | 1 West Main Street |
| New York, New York 10018 | Goshen, New York 10924 |
| (212) 583-7400 | 845-694-4409 |

SO ORDERED:
S/ MKB 11/5/2013
_____
MARGO K. BRODIE
United States District Judge